UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHANNA GUAYPATIN,

        Plaintiff,

   v.

Mall Properties, Inc., dba Olshan Properties,

        Defendant.

------------------------------------------------------------X

Case No. 20-CV-02771 (LJL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that this action be and is hereby withdrawn, discontinued and dismissed with prejudice against Defendant Mall Properties, Inc., dba Olshan Properties without costs or attorneys' fees against any party.

Dated: New York, New York
      January 29, 2021

ANTOLLINO PLLC

By: *Gregory Antollino*
Gregory Antollino, Esq.
275 Seventh Avenue, Suite 705
New York, New York 10001
Tel. (212) 334-7397
gantollino@gmail.com

*Attorneys for Plaintiff*

Dated: New York, New York
      January 29, 2021

FISHER & PHILLIPS LLP

By: _____
Justin W. Reiter
The New York Times Building
620 Eighth Avenue, 36th Floor
New York, NY 10018
Tel. (212) 899-9960
jreiter@fisherphillips.com

*Attorneys for Defendant*